# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSHUA HAMILTON,

        Plaintiff,

v.                                                Case No:   6:18-cv-284-Orl-31GJK

INTERNATIONAL HOUSE OF
PANCAKES, LLC, SUNSHINE
RESTAURANT MERGER SUB, LLC,
HHJJ, LLC, HALMONY, LLC,
HEYONJEONG BEVAN and DAPHNE
SWAIN,

        Defendants.

## ORDER

This cause comes before the Court on Second Amended Petition for Approval of Minor's Settlement to Authorize and Direct Payment of Settlement Funds, Attorney's Fees and Litigation Costs; and to Authorize Execution of Settlement Agreements (Doc. 80), filed February 13, 2019.

On March 6, 2019, the United States Magistrate Judge issued a report (Doc. 81) recommending that the motion be granted. A Joint Notice of No Objection was filed March 8, 2019 (Doc. 82).   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Second Amended Petition for Approval of Minor's Settlement to Authorize and Direct Payment of Settlement Funds, Attorney's Fees and Litigation Costs; and to

Authorize Execution of Settlement Agreements is **GRANTED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 11, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party